(March 16, 1999)

■ In the Matter of RENEE FARRELL, Appellant, v HOWARD SAFIR, as Police Commissioner of the City of New York, et al., Respondents. [687 NYS2d 18] —Order, Supreme Court, New York County (Bruce Allen, J.), entered May 20, 1997, which denied the petition to annul a determination terminating petitioner's employment and granted respondents' cross-motion to dismiss the petition for failure to state a cause of action, unanimously reversed, on the law, without costs, the motion denied, and the petition granted to the extent of remanding the matter to respondent for a hearing.

In light of the Court of Appeals' decision in *Matter of Foley v Bratton* (92 NY2d 781, 787), we find that petitioner was entitled to an administrative hearing with regard to her dismissal as a police officer, which was pursuant solely to section 14-115 of the Administrative Code of the City of New York, and was based upon her conviction for failure to file Federal income tax returns for two years. Concur—Ellerin, P. J., Rosenberger, Wallach and Rubin, JJ.